PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA



U.S.A. VS. ALAN MICHAEL HOVEY

Docket No. SACR04-00068(A)-JVS

### Petition on Probation and Supervised Release (Modification)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>ALAN MICHAEL HOVEY</u> who was placed on supervision by the Honorable <u>JAMES V. SELNA</u> sitting in the Court at <u>Santa Ana, California</u>, on the <u>19th</u> day of <u>November, 2007</u> who fixed the period of supervision at <u>one year</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Alan Michael Hovey is in need of the additional structure and monitoring that substance abuse treatment and testing can provide.

The supervisee and defense counsel consent to modification and the Court ordered the below conditions subsequent to personal appearance by Mr. Hovey and defense counsel. Defense counsel is in agreement with the wording of the conditions.

**PRAYING THAT THE COURT WILL ORDER** Alan Michael Hovey shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; As directed by the Probation Officer, the offender shall pay all or part of the costs of treating the offender's drug dependency/alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The offender shall provide payment and proof of payment as directed by the Probation Officer;

The offender, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

ORDER OF COURT

Considered and ordered this _8th_ day of _January_, 200_9_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge
JAMES V. SELNA

Respectfully,
_____
LILLIAN SMITH
U. S. Probation Officer
Place: Santa Ana, California

Approved: NANCY DOYLE
Supervising U.S. Probation Officer
Date: January 8, 2009